IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 20-CR- |
| SAMYRE WASHINGTON<br>a/k/a "Myre" | : | |

ORDER FOR BENCH WARRANT

AND NOW, this 17th day of November, 2020, on motion of William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_/s/ Honorable Timothy R. Rice_______
HONORABLE TIMOTHY R. RICE
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 20-CR- |
| SAMYRE WASHINGTON<br>a/k/a "Myre" | : | |

MOTION FOR BENCH WARRANT

AND NOW, this 17th day of November, 2020, William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, and Sean McDonnell, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

WILLIAM M. MCSWAIN
United States Attorney

*/s/ Sean P. McDonnell*
Sean P. McDonnell
Assistant United States Attorney