**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 20-415** |
| **HERBERT ROBINSON, et al.** | : | |

**ORDER REGARDING GOVERNMENT'S LIMITED MOTION TO UNSEAL**

AND NOW, this 5th day of January, 2024, upon consideration of the government's limited motion to unseal various documents, it is hereby ORDERED that the Clerk's Office shall unseal the following documents in this matter:

1. The Government's Sentencing Memoranda as to defendants Ross Brooks, Melvin Butler, Marcus Washington, Marvin Watson, James Leonard Flack Jr., Kashon Adade, Antonio Simmons, Gilberto Alaniz, L.B. Nelson, Oscar Von Tyler, and Randall Overton.
2. The Court's Judgments and Commitment Orders as to defendants Ross Brooks, Melvin Butler, Marcus Washington, Marvin Watson, James Leonard Flack Jr., Kashon Adade, Antonio Simmons, Gilberto Alaniz, L.B. Nelson, Oscar Von Tyler, and Randall Overton, unless such Judgment and Commitment Orders have already been filed publicly.

BY THE COURT:

/s/ *R. Barclay Surrick*
HONORABLE R. BARCLAY SURRICK
*Judge, United States District Court*