PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | | |
|---|---|---|
| DOCKET NUMBER *(Tran. Court)* | 2:20CR000415-002 | |
| DOCKET NUMBER *(Rec. Court)* | 3:26-CR-402 (RK) | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | SAMYRE WASHINGTON | |
| DISTRICT | Eastern District of Pennsylvania | |
| DIVISION | | |
| NAME OF SENTENCING JUDGE | The Honorable R. Barclay Surrick | |
| DATES OF PROBATION/ SUPERVISED RELEASE | FROM May 29, 2026 | TO May 28, 2031 |

OFFENSE

21:846 and 841(a)(1) and (b)(1)(A) Conspiracy to distribute 5 kilograms or more of cocaine (Ct 1s); 21:846 and 841(a)(1) and (b)(1)(A) Attempted possession with intent to distribute 5 kilograms or more of cocaine (Cts 2s & 6s); 21:841(a)(1) and (b)(1)(A) Distribution and possession with intent to distribute 5 kilograms or more of cocaine (Cts 8s, 13s & 15s); 21:841(a)(1) and (b)(1)(B) Distribution of 500 grams or more of cocaine (Ct 14s) and 18:2 Aiding and Abetting on all counts.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

In Keeping with the recommendation of the Judicial Conference, to effectively address any future noncompliance. Mr. Washington has no desire to return to the Eastern District of Pennsylvania.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the DISTRICT OF NEW JERSEY upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 15, 2026
*Date*

/s/ Hon. Kelley B. Hodge
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ________ ~~DISTRICT OF~~ NEW JERSEY

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 5, 2026
*Effective Date*

[signature]
*United States District Judge*
Robert Kirsch, U.S.D.J.