U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>20-415 |
| DEFENDANT<br>HERBERT ROBINSON, ET AL | TYPE OF PROCESS<br>Serve Copy of Writ |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
4125 Parrish Street, Philadelphia, Pennsylvania

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Please serve a copy of the writ at the address of 4125 Parrish Street, Philadelphia, PA.

CATS ID 22-DEA-698824

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| AMY ERSKINE (Affiliate) Digitally signed by AMY ERSKINE (Affiliate) Date: 2026.08.14 10:47:16 -04'00' | ☒ PLAINTIFF<br>☐ DEFENDANT | 215-861-8282 | 8/14/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 066 | No. 066 | Monika Mach | 8/14/26 |

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time |
|---|---|---|
| Ms. Erica Mabry | 8/14/26 | 1540 ☐ am ☑ pm |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | |
| | [signature] | |

*Costs shown on attached USMS Cost Sheet* >>

REMARKS

SDUSM Daniel Donnelly and JSI Williams served Ms. Mabry on the front porch of the residence.

United States Marshals Service
RECEIVED
AUG 14 2026
Eastern District of Pennsylvania